| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**　　　　　　　　Time: 10 minutes　　　**FILED**

Date: **January 27, 2011**　　　　　　　　　　　　　　　　JAN 2 7 2011

Reporter: James Yeomans　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　　　　　CLERK U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

Case No: CR -10-0243 CRB　　　　　DEFT:　**ARMANDO GALLEGOS-GONZALEZ**
　　　　　　　　　　　　　　　　　　　　　　(X)Present

AUSA: Kevin Barry　　　　　　　　　　DEF ATTY: Geoffrey Hansen
USPO: _____
Interpreter: _____

**REASON FOR HEARING**　　Change of Plea/Sentencing

**RESULT** defendant placed under oath, enters a plea of guilty to the superseding information (class "B" misdemeanor). The court accepts the plea and the defendant is adjudged guilty. Court dismisses the indictment. All parties waive the preparation of a pre sentence report, the court proceeds into sentencing. The Court orders the defendant's release from custody forthwith.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____　　for_____

**JUDGMENT** time served, upon release to one year supervised release under the standard conditions of probation. Assessment fee: $10.00.

Notes: _____